UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81189-CV-MIDDLEBROOKS/Reid

VALDANO RICHE,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 7), recommending dismissal of Petitioner Valdano Riche's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 (DE 1). Following a trial in state court in 2015, Petitioner was convicted of second degree murder and attempted second degree murder with a firearm. He filed this habeas petition after having appealed his conviction, and after filing for post-conviction relief in state court. Judge Reid's Report recommends dismissal of Petitioner's claims as time barred.

Judge Reid's Report was issued on August 19, 2020. (DE 7). It is now more than 12 weeks past the deadline for filing objections, and Petitioner has not filed objections nor sought an extension of time.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Reid's conclusion that the petition in this case should be dismissed as barred by the statute of limitations. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reid's Report (DE 7) is hereby **ADOPTED**.

(2) Valdona Riche's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 (DE 1) is **DISMISSED**.

(3) No evidentiary hearing is warranted and therefore any request for an evidentiary hearing is **DENIED.**

(4) No certificate of appealability shall issue.

(5) The Clerk of the Court is directed to **CLOSE THIS CASE and DENY** all pending motions **AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 30th day of November, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record;
Valdano Riche
B13896
Franklin Correctional Institution
Inmate Mail/Parcels
1760 Highway 67 North
Carrabelle, FL 32322
PRO SE